```
BENJAMIN B. WAGNER
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            )<br>            Plaintiff, )<br>            )<br>       v.   )<br>            )<br>            )<br>YAN AKHUMOV, )<br>            Defendant. )<br>            )<br>_____) | CASE NO. 2:10-mj-00170-KJM<br><br>STIPULATION AND ORDER<br>CONTINUING PRELIMINARY<br>EXAMINATION AND EXCLUDING TIME |

      The United States of America, through counsel of record, Assistant United States Attorney Robin R. Taylor, and defendant Yan Akhumov, by and through his counsel of record, Kyle R. Knapp, Esq., respectfully request that the Preliminary Examination currently set for Friday, July 30, 2010, be continued and heard on Friday, August 20, 2010 at 2:00 p.m. before Magistrate Judge Kimberly J. Mueller in Courtroom 26.  The defendant consents to the extension of time and stipulates that there is good cause for the continuance as required by Fed.R.Crim.P. Rules 5.1 and 5.1(d).  Defense counsel represents that he needs additional time to review discovery, meet with his client and meet with the government to discuss case status and

```
 1  possible resolution.  The defendant is aware of the request for
 2  continuance and approves it.
 3                                  Respectfully submitted,
 4
 5                                  BENJAMIN B. WAGNER
                                    United States Attorney
 6
 7  Dated: July 6, 2010             /s/ Robin Taylor
                               By:  ROBIN R. TAYLOR
 8                                  Assistant U.S. Attorney
                                    Attorney for Plaintiff
 9
10  Dated: July 6, 2010              /s/ Kyle Knapp
                                    KYLE ROGER KNAPP
11                                  Attorney for Defendant
```

**ORDER**

For good cause shown above,

**IT IS SO ORDERED.**

Dated: July 7, 2010         /s/ Edmund F. Brennan
                            EDMUND F. BRENNAN
                            US MAGISTRATE JUDGE
                            UNITED STATES DISTRICT COURT