

1  KYLE R. KNAPP, Bar #166597
   Attorney at Law
2  1120 D Street, Suite 100
   Sacramento, California 95814
3  Telephone: (916) 441-4717
   FAX: 916-441-4299
4
5  Attorney for Defendant
   YAN AKHUMOV
6
7
8              IN THE UNITED STATES DISTRICT COURT
9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,    ) NO. 2:10-MJ-00170-KJM
                                )
12          Plaintiff,          ) STIPULATION AND ORDER
                                ) CONTINUING PRELIMINARY
13     v.                       ) EXAMINATION AND EXCLUDING
                                ) TIME
14                              )
15                              )
   YAN AKHUMOV                  )
16          Defendant.          )
                                )
17

18     Yan Akhumov, by and through his counsel, Kyle R. Knapp, and the United States of
19 America, by and through counsel of record, Assistant United States Attorney, Robin R. Taylor,
20 respectfully request that the Preliminary Examination currently set for Friday, August 20, 2010, be
21 continued and heard on Friday, September 24, 2010 before Magistrate Judge Kendall J. Newman
22 in Courtroom 25. Both the government and Mr. Akhumov consent to the extension of time and
23 stipulate that there is good cause for the continuance as required by Fed.R.Crim.P. Rules 5.1 and
24 5.1(d). Defense counsel on behalf of Mr. Akhumov, represents that he needs more time to review
25 recently received discovery, meet with his client to address the allegations contained therein, and
26 then meet with the government to discuss the status of this case and explore potential resolution.
27 //
28 //

Mr. Akhumov is aware of this request and approves of it.

Dated: August 12, 2010

/s/ Kyle R. Knapp
Counsel for Yan Akhumov
Email: kyleknapp@sbcglobal.net

Dated: August 12, 2010

/s/ Robin Taylor
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

For good cause shown above,

**IT IS SO ORDERED.**

Dated: August 12, 2010

DALE A. DROZD
US MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

# CERTIFICATE OF SERVICE

I am an active member of the State Bar of California and am not a party to this action. My business address is 1120 D Street, Suite 100, Sacramento, CA 95814.

On August 12, 2010, I caused to be served a copy of the attached Joint Motion to Continue Preliminary Hearing on the following parties by electronically filing the foregoing with the clerk of the District Court using its ECF system, which electronically notifies them.

Robin Taylor, Assistant U.S. Attorney

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 12th day of August, 2010 at Sacramento, CA

/s/ Kyle R. Knapp
KYLE R. KNAPP
Attorney for Defendant
Yan Akhumov

3