1  KYLE R. KNAPP, Bar #166597
   Attorney at Law
2  1120 D Street, Suite 100
   Sacramento, California  95814
3  Telephone: (916) 441-4717
   FAX: 916-441-4299
4

5  Attorney for Defendant
   YAN AKHUMOV
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:10-MJ-00170-KJM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING PRELIMINARY |
| v. | ) | EXAMINATION AND EXCLUDING |
| | ) | TIME |
| | ) | |
| | ) | |
| | ) | |
| YAN AKHUMOV | ) | |
| Defendant. | ) | |
| _____ | ) | |

         Yan Akhumov, by and through his counsel, Kyle R. Knapp, and the United States of America, by and through counsel of record, Assistant United States Attorney, Robin R. Taylor, respectfully request that the Preliminary Examination currently set for Friday, September 24, 2010, be continued and heard on Thursday October 28, 2010 at 2:00pm before Magistrate Kimberly Mueller in Courtroom 26.  Both the government and Mr. Akhumov consent to the extension of time and stipulate that there is good cause for the continuance as required by Fed.R.Crim.P. Rules 5.1 and 5.1(d).  Defense counsel on behalf of Mr. Akhumov, represents that he needs more time to review recently received discovery to explore the amount of the alleged loss; meet with my client on the factual issues and finally to formally meet with the government to discuss potential resolution of the case.

//

Mr. Akhumov is aware of this request and approves of it.

Dated: September 17, 2010

/s/ Kyle R. Knapp
Counsel for Yan Akhumov
Email: kyleknapp@sbcglobal.net

Dated: September 17, 2010

/s/ Robin Taylor
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

For good cause shown above,

**IT IS SO ORDERED.**

Dated: September 20, 2010

/s/ Kendall J. Newman
KENDAL J. NEWMAN
US MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

2

CERTIFICATE OF SERVICE

I am an active member of the State Bar of California and am not a party to this action. My business address is 1120 D Street, Suite 100, Sacramento, CA 95814.

On September 17, 2010, I caused to be served a copy of the attached Joint Motion to Continue Preliminary Hearing on the following parties by electronically filing the foregoing with the clerk of the District Court using its ECF system, which electronically notifies them.

Robin Taylor, Assistant U.S. Attorney

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 17th day of September, 2010 at Sacramento, CA

/s/ Kyle R. Knapp
KYLE R. KNAPP
Attorney for Defendant
Yan Akhumov