1  KYLE R. KNAPP, Bar #166597
   Attorney at Law
2  1120 D Street, Suite 100
   Sacramento, California  95814
3  Telephone: (916) 441-4717
   FAX: 916-441-4299
4

5  Attorney for Defendant
   YAN AKHUMOV
6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | ) | NO. 2:10-MJ-00170-KJM |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER CONTINUING PRELIMINARY EXAMINATION AND EXCLUDING TIME |
| v. | ) ) ) | |
| | ) ) | |
| YAN AKHUMOV | ) | |
| Defendant. | ) ) | |
| _____ | | |

   Yan Akhumov, by and through his counsel, Kyle R. Knapp, and the United States of America, by and through counsel of record, Assistant United States Attorney, Robin R. Taylor, respectfully request that the Preliminary Examination currently set for Friday, October 28, 2000pm, be continued and heard on Friday November 19, 2010 at 2:00pm before Magistrate Gregory g. Hollows at 2pm in Courtroom 9.  Both the government and Mr. Akhumov consent to the extension of time and stipulate that there is good cause for the continuance as required by Fed.R.Crim.P. Rules 5.1 and 5.1(d).  Defense counsel on behalf of Mr. Akhumov, represents that he needs more time to verify and review the alleged loss figures and to continue negotiations with the government in order to facilitate resolution of the case.

//

//

1  Mr. Akhumov is aware of this request and approves of it.

2  Dated: October 26, 2010

3  /s/ Kyle R. Knapp
Counsel for Yan Akhumov
4  Email: kyleknapp@sbcglobal.net

6  Dated: October 26, 2010

7  /s/ Robin Taylor
Assistant U.S. Attorney
8  Attorney for Plaintiff

10 **ORDER**

11  For good cause shown above,

12  **IT IS SO ORDERED.**

13  Dated: October 26, 2010.

U.S. MAGISTRATE JUDGE

2