1  BENJAMIN B. WAGNER
   United States Attorney
2  ROBIN R. TAYLOR
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,   )  CASE NO. 2:10-mj-0170-KJM
                                 )
12                 Plaintiff,    )
                                 )  STIPULATION AND ORDER
13   v.                          )  CONTINUING PRELIMINARY
                                 )  EXAMINATION AND EXCLUDING TIME
14   YAN AKHUMOV,                )
                                 )
15                 Defendant.    )
                                 )
16                               )

17

18        The United States of America, through counsel of record,

19  Assistant United States Attorney Robin R. Taylor, and defendant

20  Yan Akhumov, by and through his counsel of record, Kyle R. Knapp,

21  Esq., respectfully request that the Preliminary Examination

22  currently set for Friday, December 17, 2010, be continued and

23  heard on Friday, February 4, 2011. The defendant consents to the

24  extension of time and stipulates that there is good cause for the

25  continuance as required by Fed.R.Crim.P. Rules 5.1 and 5.1(d).

26  Defense counsel represents that he needs additional time to

27  review discovery. He recently examined an evidence storage unit

28  that contained more than 87,000 units of alleged counterfeited

motion picture DVDs and music CDs. The defendant and the United States have agreed that a more thorough inventory of the seized motion picture DVDs and music CDs may be needed. Based on the volume of evidence, this is a time intensive effort. Counsel is also continuing to meet with the United States and his client to discuss valuation and a possible plea agreement. The defendant is aware of the request for continuance and approves it.

                Respectfully submitted,

                BENJAMIN B. WAGNER
                United States Attorney

Dated: December 9, 2010   /S/ Robin R. Taylor
            By: ROBIN R. TAYLOR
              Assistant United States Attorney
              Attorney for Plaintiff

Dated: December 9, 2010   /s/ Kyle Knapp
              KYLE ROGER KNAPP
              Attorney for Defendant

**ORDER**

For good cause shown above, the preliminary examination set for December 17, 2010 at 2:00 PM before Magistrate Judge Kendall J. Newman is VACATED and RESET for February 4, 2011 at 2:00 PM before Magistrate Judge Gregory G. Hollows. The Court finds there is good cause for this continuance required by Fed.R.Crim.P. Rules 5.1 and 5.1(d).

**IT IS SO ORDERED.**

Dated: December 15th, 2010

                _____
                KENDALL J. NEWMAN
                UNITED STATES MAGISTRATE JUDGE