

FILED
FEB 10 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  ROBIN R. TAYLOR
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 2:10-mj-0170-KJM |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER CONTINUING PRELIMINARY EXAMINATION AND EXCLUDING TIME |
| YAN AKHUMOV, | ) |
| Defendant. | ) |

The United States of America, through counsel of record, Assistant United States Attorney Robin R. Taylor, and defendant Yan Akhumov, by and through his counsel of record, Kyle R. Knapp, Esq., respectfully request that the Preliminary Examination currently set for Friday, February 4, 2011, 2010, be continued and heard on Friday, February 18, 2011. The defendant consents to the extension of time and stipulates that there is good cause for the continuance as required by Fed.R.Crim.P. Rules 5.1 and 5.1(d). Defense counsel represents that he needs additional time to review discovery. He will also need time to meet and confer with AUSA Matthew Segal, who was recently assigned to the case in light of AUSA Taylor's scheduled

1

departure on January 9, 2011. Additionally, the defense recently examined an evidence storage unit that contained more than 87,000 units of alleged counterfeited motion picture DVDs and music CDs. Thus, the parties need additional time to meet with counsel for the United States and his client to discuss valuation and a possible plea agreement. The defendant is aware of the request for continuance and approves it.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated: December 29, 2011        /S/ Robin R. Taylor
                            By: ROBIN R. TAYLOR
                                Assistant United States Attorney
                                Attorney for Plaintiff

Dated: December 29, 2011        /s/ Kyle Knapp
                                KYLE ROGER KNAPP
                                Attorney for Defendant

**ORDER**

For good cause shown above,

**IT IS SO ORDERED.**
Dated: ~~December 29, 2010~~ Feb. 10, 2011

GREGORY G. HOLLOWS

HON. ~~KENDALL J. NEWMAN~~
United States Magistrate Judge