BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:10-MJ-170 KJN |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO EXCLUDE TIME |
| YAN AKHUMOV | ) | |
| Defendant. | ) | |

The parties request that the preliminary examination in this case be continued from February 18, 2011 to February 25, 2011 at 2:00 p.m.. They stipulate that the time between February 18, 2011 and February 25, 2011 should be excluded from the calculation of time under the Speedy Trial Act and that there is good cause for a continuance of the preliminary examination pursuant to Fed. R. Crim. P. 5.1(d). The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, the parties are continuing to discuss and analyze

1

the evidence with an eye towards possible pre-indictment resolution.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy return of an indictment and speedy trial.  18 U.S.C. § 3161(h)(7)(A); 18 U.S.C. § 3161(b).

                                          Respectfully Submitted,

                                          BENJAMIN B. WAGNER
                                          United States Attorney

DATE: February 15, 2011       By:  /s/ Matt Segal
                                            MATTHEW D. SEGAL
                                            Assistant U.S. Attorney

DATE: February 15, 2011           /s/ Kyle Knapp
                                            KYLE KNAPP
                                            Attorney for Defendant

                                          **SO ORDERED.**

DATE:  February 15, 2011

                                        _____
                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE